JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR11-5505BHS |
| --- | --- | --- |
| Plaintiff, | ) | CR11-5277BHS |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| CHAUNCEY L. WILLIAMS, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 30th day of January, 2012.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Colin Fieman*
Colin Fieman
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**